USCA1 Opinion

 

 September 23, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1211 JUAN CAMILO-MONTOYA, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ernest C. Torres, U.S. District Judge] ___________________ ____________________ No. 93-1270 UNITED STATES, Appellee, v. JUAN CAMILO-MONTOYA, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Breyer, Chief Judge, ___________ Cyr and Boudin, Circuit Judges. ______________ ____________________ Juan Camilo-Montoya on brief pro se. ___________________ Edwin J. Gale, United States Attorney, and James H. Leavey, ______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. This is a consolidated appeal from two ___________ district court orders - one, dated January 6, 1993, of District Judge Torres and the second, dated February 18, 1993, of Senior District Judge Boyle. We have reviewed the record and the parties' briefs. We affirm essentially for the reasons stated in those respective orders. Affirmed. _________ -3-